IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERICK LYNN CASIANO-PERKINS                                                                      PLAINTIFF

v.              Civil No. 4:15-cv-04001-SOH-BAB

OFFICER YOUNG, ET. AL.
                                                                                                         DEFENDANTS

**ORDER**

Plaintiff Erick Lynn Casiano-Perkins proceeds in this matter *pro se* and *in formua papueris* pursuant to 42 U.S.C. § 1983.  Currently before the Court is the issue of service on Defendant Sergeant Susan Hanson.

On March 11, 2015, the Court ordered service on Defendant Hanson at the Hempstead County Detention Facility. ECF No. 6. The Court issued this Order pursuant to Plaintiff's representation, in his Complaint, that Defendant Hanson worked at the HCDC. ECF No. 1.  The summons issued to Defendant Hanson was returned to the Court unexecuted on May 13, 2015. ECF No. 8.  The U.S. Marshal noted on the return for Hanson "no longer employed, no forwarding address." ECF No. 8.

While the Court attempted to aid Plaintiff in obtaining DefendantHanson's address for service, it is ultimately Plaintiff's responsibility to provide the Court with an address for proper service on Defendants.  *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) ("While in forma pauperis plaintiffs should not be penalized for a marshal's failure to obtain proper service, it was [the prisoner's] responsibility to provide proper addresses for service on [the defendants].").

Accordingly, Plaintiff is **DIRECTED** to provide the Court with an accurate address for service for Defendant Hanson by **November 23, 2015.** If Plaintiff fails to respond to this Order by November 23, 2015, Defendant Hanson will be subject to dismissal from this action.

**IT IS SO ORDERED this 2nd day of November 2015.**

/s/ Barry A. Bryant

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE