IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERICK LYNN CASIANO-PERKINS                                                                PLAINTIFF

v.                              Civil No. 4:15-CV-04001-SOH-BAB

OFFICER YOUNG, *et. al.*                                                                DEFENDANTS

## ORDER

Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*.  Currently before the Court is a Motion to Compel Answers to Discovery Requests by Defendants Bland and McLean.  ECF No. 26.

On August 15, 2016, Defendants filed a Motion to Compel seeking an Order compelling Plaintiff to respond to Defendants' First Set of Interrogatories and Request for Production of Documents.  ECF No. 26.  In their Motion, Defendants state they first served the discovery requests on Plaintiff on March 8, 2016.  On April 13, 2016, Defendants sent a second request to Plaintiff.  This request informed Plaintiff that Defendants would file a motion to compel if he failed to respond.  Neither request was returned as undeliverable.  Plaintiff has not responded.  ECF No. 26.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests.  Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A).  Plaintiff did not request an extension of time to respond to Defendants' discovery requests.  Therefore, Plaintiff has failed to respond in the time provided by law.

Accordingly, Defendants' Motion to Compel (ECF No. 26) is **GRANTED.**  Plaintiff is **DIRECTED** to provide Defendants with the required responses to the discovery requests **by 5:00 p.m. on Tuesday, September 6, 2016.**  Plaintiff is advised that failure to comply with this Order

may result in summary dismissal of this case.

**IT IS SO ORDERED this 16th day of August 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE