IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERICK LYNN CASIANO-PERKINS                                                    PLAINTIFF

v.                                        Case No. 4:15-cv-4001

OFFICER YOUNG, *et al.*                                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 19, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 30. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Federal Rules of Civil Procedure and Local Rules, failure to comply with the Court's order, and failure to prosecute this case. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of July, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge